IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES KIRBY, as the parent and natural guardian of his minor son, Luke Kirby,** : : : : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **NO. 15-6208** |
| : | |
| **VISIONQUEST NATIONAL LTD., et al.,** : : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 26th day of April, 2016, upon consideration of the defendants' motion to dismiss (Doc. No. 3) and the plaintiff's response (Doc. No. 4), **IT IS HEREBY ORDERED** that:

1. The defendants' motion to dismiss (Doc. No. 3) is **GRANTED**.

2. Count V of the plaintiff's complaint is **DISMISSED without prejudice**.

3. The plaintiff shall file an amended complaint within twenty (20) days of the date of this Order.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.